| | |
|---|---|
| **DISTRICT COURT, LARIMER COUNTY, COLORADO**<br>Larimer County Justice Center<br>201 LaPorte Avenue, Suite 100<br>Fort Collins, CO  80521-2761<br>(970) 494-3500 | DATE FILED: April 10, 2018 9:30 AM<br>FILING ID: C5921AA7EFE8B<br>CASE NUMBER: 2018CV30340 |
| Plaintiff:    **WILLIAM W. JOHNSON**<br><br>Defendants:    **USAA GENERAL INDEMNITY COMPANY** | **COURT USE ONLY** |
| Robert A. Garcin, Esq.<br>LAW OFFICES OF ROBERT A. GARCIN<br>210 East 29th Street, Suite A<br>Loveland, CO  80538<br>Phone #: (970) 667-4700   Email: RAGarcin@aol.com<br>Fax #:  (970) 667-8955   Attorney Reg #:  14873<br><br>Attorney for Plaintiff | Case #:   2018 CV _____<br><br>Courtroom: |
| **COMPLAINT (PERSONAL INJURY - AUTO)** | |

Plaintiff alleges:

### FIRST CLAIM FOR RELIEF
**(Against USAA for Underinsured Motorist Benefits)**

1. Plaintiff is, and at all times relevant hereto was, a resident of Larimer County, Colorado.

2. Defendant USAA General Indemnity Company ("USAA") is a licensed insurer doing business throughout the State of Colorado.   Venue is proper in Larimer County because the automobile collision giving rise to the claims stated herein occurred here, and because the insurance policy sued upon was issued to Plaintiff here.

3. On January 13, 2016,  Plaintiff was driving his 2007 Dodge Ram Pickup eastbound on E. Eisenhower Boulevard in the City of Loveland, Larimer County, Colorado.

EXHIBIT A

4. At that time one Milton Segovia-Rojas, driving a 2002 Chevrolet Trailblazer, also eastbound on E. Eisenhower, failed to exercise reasonable care in the operation of his motor vehicle when he rear-ended Plaintiff.

5. The negligence of Segovia-Rojas consisted of failing to maintain a proper lookout and failing to pay attention to the roadway ahead of him. His conduct was careless in violation of one or more Colorado statutes and amounts to negligence and negligence *per se.*

6. As a direct result of the collision, Plaintiff was violently traumatized and has suffered serious and permanent injuries as a result of Segovia-Rojas' carelessness.

7. Specifically, Plaintiff has suffered serious injury to his neck, both shoulders, right biceps tendon, right clavicle has incurred reasonable and necessary medical expenses to be proven at trial, in excess of $70,000. Plaintiff will incur additional medical expenses in connection with his injuries in the future.

8. Plaintiff sustained substantial permanent personal injuries resulting in both past and future economic and non-economic damages, including physical pain, emotional distress, mental anguish and diminished quality of life.

9. As a further direct and proximate result of the negligence of Segovia-Rojas, Plaintiff has, to some degree, suffered permanent physical impairment with associated loss of earnings, loss of earning capacity and loss of access to certain employment.

10. At the time of the subject collision, Segovia-Rojas was insured by Legacy Insurance with coverage limits of $25,000. With permission from USAA, Plaintiff entered into a policy limits settlement with Segovia-Rojas and Legacy.

11. At the time of the subject collision Plaintiff was insured under one or more policies issued by Defendant USAA. Plaintiff's policies include protection for damages and personal injuries caused by uninsured and underinsured motorists.

12. Plaintiff has made reasonable demand against USAA, pursuant to the provisions of his insurance policy, for additional compensation based upon what the tortfeasor Segovia-Rojas is liable to him and pursuant to the underinsured motorist provisions of his policy and Colorado law.

13. USAA has failed and refused to evaluate Plaintiff's injuries in good faith and has unreasonably delayed and denied Plaintiff's recovery of compensation, causing additional damages to Plaintiff.

14. USAA is in breach of its obligations under the insurance policy purchased and paid for by Plaintiff.

## SECOND CLAIM FOR RELIEF
### (Against USAA For Violation of Section 10-3-1116(1), C.R.S.)

15. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 14, as though set forth in full at this point.

16. Defendant USAA has continued to unreasonably deny and delay benefits to Plaintiff under his insurance contract, contrary to Colorado law.

17. Pursuant to Section 10-3-1116(1) Plaintiff is entitled to reasonable attorneys fees and two times the covered benefits as a penalty for USAA's unreasonable delay and denial.

## THIRD CLAIM FOR RELIEF
### (Against USAA for Bad Faith)

18. Plaintiff incorporates the allegations set forth in Paragraphs 1 through 14, and 16 through 17 above, as though set forth in full at this point.

19. USAA's conduct in failing to properly evaluate Plaintiff's claim and in its handling of Plaintiff's UIM claim in general is unreasonable and it knows or should know such conduct is unreasonable. By its conduct since October, 2017, and by its continuing conduct in the handling of Plaintiff's first party claim for underinsured motorist benefits, USAA is guilty of the tort of bad faith under Colorado common law.

20. USAA's conduct has caused Plaintiff additional economic and non-economic damages, to be proven at trial.

**WHEREFORE**, Plaintiff prays for judgment on his Claims for Relief against Defendant, for economic and non-economic damages suffered as a result of his injuries, to be proven at trial, including, but not limited to, past and future medical expenses, lost earnings, lost earning capacity; general pain and suffering, loss of enjoyment of life, mental anguish and emotional distress; for physical impairment damages; for other general economic and non-economic damages occasioned by USAA's bad faith; for statutory double damages and attorneys fees; for Plaintiff's costs incurred herein; for interest from June 15, 2016, at the rate of nine per cent (9%) per annum, and for such other and further relief as the Court deems just and proper.

**DATED** this 11th day of January, 2018

EXHIBIT A

**LAW OFFICE OF ROBERT A. GARCIN**
Attorney for Plaintiffs

/s/ Robert A. Garcin

_____
Robert A. Garcin, #14873

Address of Plaintiff:

2120 Timber Creek Drive M3
Fort Collins, Colorado 80528

## JURY DEMAND

Plaintiff hereby requests that this matter be tried to a jury of six (6) persons.

**LAW OFFICE OF ROBERT A. GARCIN**
Attorney for Plaintiff

/s/ Robert A. Garcin

_____
Robert A. Garcin

4

EXHIBIT A